# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK HENDERSON**  　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**

v.   　　　　　　　　　　　　Case No. 4:21-cv-00096-KGB

**DEXTER PAYNE, Director**
**Arkansas Department of Correction**　　　　　　　　　　　　　　　　　　　　**RESPONDANT**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 22). Petitioner Mark Henderson has not objected to the Findings and Recommendation, and the time for objecting has passed. After careful consideration of the Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses Mr. Henderson's petition for writ of habeas corpus and amended petition for writ of habeas corpus without prejudice (Dkt. Nos. 2; 18). The relief requested is denied. The Court denies as moot Mr. Henderson's corrected amended habeas corpus petition to include evidence in support of his claims, which the Court construes as a motion to amend/correct his habeas petition, and the Court denies as moot Mr. Henderson's motion for release pending Federal District Court's decision to grant petitioner writ/habeas corpus relief (Dkt. Nos. 20; 21). The Court denies a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2).

So ordered this the 29th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge