IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK HENDERSON**                                                                  **PETITIONER**

v.                         **Case No. 4:21-cv-00096-KGB**

**DEXTER PAYNE, Director**
**Arkansas Department of Correction**                           **RESPONDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Mark Henderson's claims are dismissed without prejudice. The relief requested is denied.

So adjudged this the 29th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge